412 A.2d 1106

ESTATE of Helen JEROKOVITCH, Deceased.

Appeal of George JEROKOVITCH, Jr.

Supreme Court of Pennsylvania.

Argued March 11, 1980.

Decided April 10, 1980.

Bernard S. Shire, Shire & Bergstein, Monessen, Joseph E. Fieschko, Jr., Pittsburgh, for appellant.

Janet Moschetta, Washington, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION

PER CURIAM:

Decree affirmed. Each party to pay own costs.